IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 12-cr-00104-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL PASCUAL LOPEZ,

    Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Order entered by the Honorable Judge William J. Martínez, it is

ORDERED that Defendant Manuel Pascual Lopez is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 24st day of September, 2012.

BY THE COURT:

William J. Martínez
United States District Judge